Voucher manifest below. Please save the following pages for your records.

Check No. 1135022

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-05899-RNO | 15U-0 | RICHARD DENNIS EBERSOLD | 20378043 | 4,004.19 | 16.58 | 0.00 | 16.58 |
| | | Original Check written to: COMMONWEALTH FINANCIAL SYTEMS, 245 MAIN STREET, DICKSON CITY, PA  18519- | | | | | |
| 10-06837-RNO | 17U-0 | JEFFREY MICHAEL TERPKO | 9060 | 91,971.57 | 1,102.55 | 0.00 | 1,102.55 |
| | | Original Check written to: HSBC MORTGAGE CORPORATION, 2929 WALDEN AVENUE, DEPEW, NY  14043 | | | | | |
| 10-06840-RNO | 10U-0 | MARK LAMBERT HANDLER | | 3,019.40 | 496.49 | 0.00 | 496.49 |
| | | Original Check written to: ERIC WEISS, 505 NORTHERN BLVD, GREAT NECK, NY  11021- | | | | | |
| 10-07030-JJT | 10P-0 | BRIAN C MORRIS | | 0.00 | 360.48 | 0.00 | 360.48 |
| | | Original Check written to: CENTRAL TAX BUREAU OF PA, 20 EMERSON LANE, SUITE 905, BRIDGEVILLE, PA  15017-3464 | | | | | |
| 10-07575-JJT | 23U-0 | RICHARD M LONGENECKER JR | 5480 | 1,069.61 | 34.30 | 0.00 | 34.30 |
| | | Original Check written to: SMITH MOUNTAIN INDUSTRIES INC, VIRGINIA CANDLE COMPANY, PO BOX 418967, BOSTON, MA  02241- | | | | | |
| 11-03586-RNO | 03U-0 | WILLIAM L BAIRD JR | 6570 | 0.00 | 91.36 | 0.00 | 91.36 |
| | | Original Check written to: UNITED CREDIT RECOVERY, LLC, PO BOX 953245, LAKE MARY, FL  32795- | | | | | |
| 11-07962-RNO | 999-0 | DOREEN ELLEN CHERKIS | | 0.00 | 20.00 | 0.00 | 20.00 |
| | | Original Check written to: **DOREEN ELLEN CHERKIS, PO BOX 642, WILKES-BARRE, PA  18703-0642 | | | | | |
| 12-01103-MDF | 001-1 | MICHAEL J GRIGGS, JR. | 3704 | 5,452.08 | 9.28 | 0.00 | 9.28 |
| | | Original Check written to: CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE ROAD, SUITE 3000, SOUTHFIELD, MI  480348339 | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1135022

October 06, 2015

PAY** Two Thousand One Hundred Thirty One Dollars and 04 Cents*******************
AMOUNT**$2,131.04**********

TO THE ORDER OF

VOID AFTER January 04, 2016
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-